UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EMMETT CALDWELL,

      Plaintiff,

v.                                        Case No:  2:16-cv-150-FtM-99CM

ALLEN SHAFFER, JOHN DOE and
CITY OF FORT MYERS,

      Defendants.
_____/

### ORDER[1]

This matter comes before the Court on review of the docket. Plaintiff initiated this action on February 19, 2016. (Doc. #1). Noting that none of the Defendants had been served, and that Federal Rule of Civil Procedure 4(m) requires service on all defendants within 90 days, on July 20, 2016, the Court issued an Order to Show Cause why this action should not be dismissed for failure to prosecute. (Doc. #6). In that Order, the Court warned Plaintiff that failure to comply might result in dismissal of this action without further notice. Id. Plaintiff failed to comply with the Court's Order.

Due to Plaintiff's disregard for the Court's Order, this action is dismissed without prejudice for failure to prosecute and failure to comply. Fed. R. Civ. P. 4(m); *see also Rance v. Rocksolid Granit USA, Inc.*, 489 F. App'x 314, 316 (11th Cir. 2012) ("As part of

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

its inherent authority to regulate its docket, a district court may *sua sponte* dismiss a case for failure to prosecute or failure to comply with court orders.").

Accordingly, it is now

**ORDERED:**

1. This action is **DISMISSED** without prejudice for Plaintiff's failure to prosecute and failure to comply with the Court's Orders.

2. The Clerk is directed to terminate any pending motions and deadlines, enter judgment accordingly and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida this 24th day of August, 2016.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record